# EXHIBIT 3

# EXHIBIT 3









